IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE**
**MICHAEL E. HEGARTY**

Courtroom Deputy: Nel Steffens                FTR: MEH PM
                                              Date: June 13, 2006
Case No.: 06-cr-00217-PSF

UNITED STATES OF AMERICA,                     Guy Till

        Plaintiff,

vs.

MICHAEL ROMERO,                               Without counsel

        Defendant.

___

# INITIAL APPEARANCE
___

Court in session: 1:40 p.m.

Court calls case and appearances. Carmen Scott is present from Pre-trial Services. Defendant is present in custody.

Defendant is advised of all rights, charges, and possible penalties.
Defendant tenders a financial affidavit and requests court-appointed counsel.

**ORDERED:**
- Office of the Federal Public Defender is appointed to represent the defendant.

Government is seeking detention.

**ORDERED:**
- Arraignment/Discovery/Detention hearing is set for **June 15, 2006 at 10:30 a.m.**
- Defendant is remanded to the custody of the U.S. Marshal.


Court in recess: 1:46 p.m.
Hearing concluded.
Hearing duration: 6 minutes