**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case Number: 06-cr-00217-PSF

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**1.    MICHAEL ROMERO,**

Defendant.

---

**ENTRY OF APPEARANCE**

---

Undersigned counsel, Harvey A. Steinberg, from the law firm of Springer and Steinberg, P.C., hereby enters his appearance on behalf of the above-named Defendant.

**DATED** this 15th day of June, 2006.

    Respectfully submitted,

    s/Harvey A. Steinberg
    Harvey A. Steinberg
    Attorneys for Michael Romero
    Springer & Steinberg, P.C.
    1600 Broadway, Suite 1200
    Denver, CO 80202
    (303)861-2800 Telephone
    (303)832-7116 Telecopier
    law@springer-and-steinberg.com

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2006, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Jim Boma**
Email: jim.boma@usdoj.gov


       s/Brenda Cruz
For Harvey A. Steinberg
Harvey A. Steinberg
Attorneys for Michael Romero
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springer-and-steinberg.com

-2-