IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 06-cr-00217-PSF

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MICHAEL ANTHONY ROMERO,

       Defendant.

_____

**MOTION TO WITHDRAW**
_____

       The Office of the Federal Public Defender (the "Office"), by and through the undersigned, hereby moves to Withdraw As Counsel of Record for defendant. Mr. Romero has hired the firm of Springer & Steinberg PC as private counsel to represent him.

       Respectfully submitted,

       RAYMOND P. MOORE
       Federal Public Defender


       s/ Edward R. Harris
       Edward R. Harris
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Edward_Harris@fd.org
       Attorney for Defendant

**CERTIFICATE OF SERVICE**

       I hereby certify that on June 15, 2006, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

james.boma@usdoj.gov
law@springer-and-steinberg.com

                                      s/ Edward R. Harris
                                      Edward R. Harris
                                      Assistant Federal Public Defender
                                      633 17th Street, Suite 1000
                                      Denver, CO  80202
                                      Telephone:  (303) 294-7002
                                      FAX:  (303) 294-1192
                                      Edward_Harris@fd.org
                                      Attorney for Defendant