**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case Number 06-cr-00217-PSF

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**MICHAEL ROMERO,**

Defendant.

---

**REQUEST FOR NOTICE OF GOVERNMENT'S INTENT TO USE EVIDENCE PURSUANT TO RULE 12(b)(4)(B), CRIMINAL PROCEDURES**

---

The Defendant, Michael Romero, by and through his attorney, Harvey A. Steinberg, of the law firm of Springer and Steinberg, P.C., and pursuant to Rule 12(b)(4)(B) of the Federal Rules of Criminal Procedure, moves this Honorable Court for the entry of an Order directing the Government to provide Defendant with notice of its intention to use evidence in its case in chief at trial of any of the following categories of evidence:

1. Any evidence seized as the result of a search conducted pursuant to warrant, and for each seizure, the date, time, place and items seized pursuant to said search warrant.

2. Any evidence seized as the result of a search conducted without a warrant, and for each such seizure, the date, time, place and items seized pursuant to said warrantless search.

3. Any evidence used in the identification of the Defendant or any co-conspirator or co-participant, their handwriting, or their voice.

4. Any evidence of any statement made by the Defendant, whether or not said statements were gathered in the course of any wire or electronic or consensual recorded interceptions.

5. Any photographs of this Defendant with any indicted or unindicted co-conspirators.

6. Any personal correspondence or notes written to or by this Defendant.

7. Any evidence of any statement made by the Defendant, whether or not said statements were gathered in the course of any wire or electronic interceptions.

8. Any evidence obtained from mail covers utilized by the Government in connection with this investigation.

**AS GROUNDS THEREFORE**, Defendant states as follows:

1. The relief sought in this Motion is in accordance with the provisions of Rule 12(b)(4)(B) of the Federal Rules of Criminal Procedure.

2. The above information is necessary in order to move to suppress evidence under Rule 12(b)(3) of the Federal Rules of Criminal Procedure.

3. The material requested is discoverable under Rule 16 of the Federal Rules of Criminal Procedure.

**WHEREFORE**, Defendant prays of the relief requested, and for such other and further relief as to the Court seems just and proper in the premises.

**DATED THIS 17th DAY OF JULY, 2006.**

-3-

                                          Respectfully submitted,
                                          s/Harvey A. Steinberg
                                          Attorney for Michael Romero
                                          Springer & Steinberg, P.C.
                                          1600 Broadway, Suite 1200
                                          Denver, CO 80202
                                          (303)861-2800 Telephone
                                          (303)832-7116 Telecopier
                                          law@springer-and-steinberg.com

### CERTIFICATE OF SERVICE

      I hereby certify that on July 17, 2006, I electronically filed the foregoing **REQUEST FOR NOTICE OF GOVERNMENT'S INTENT TO USE EVIDENCE PURSUANT TO RULE 12(b)(4)(B), CRIMINAL PROCEDURES** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Jim Boma**
Email: jim.boma@usdoj.gov


                                          s/Brenda Cruz
                                          For Harvey A. Steinberg
                                          Attorney for Michael Romero
                                          Springer & Steinberg, P.C.
                                          1600 Broadway, Suite 1200
                                          Denver, CO 80202
                                          (303)861-2800 Telephone
                                          (303)832-7116 Telecopier
                                          law@springer-and-steinberg.com