**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case Number 06-cr-00217-PSF

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**MICHAEL ROMERO,**

Defendant.

---

**MOTION FOR PRESERVATION OF RECORDINGS AND NOTES**

---

The Defendant, Michael Romero, by and through his attorney, Harvey A. Steinberg, of the law firm of Springer and Steinberg, P.C., hereby moves this Honorable Court for the entry of an Order directing the Government to preserve for Trial the following recordings and notes:

1. The originals of any and all handwritten notes and/or recordings of any interviews with persons who will or may be witnesses at Trial taken by any law enforcement officers involved in the investigation of this case, regardless of whether or not those notes and/or recordings form the basis of subsequent typewritten reports;

2. The originals of any and all handwritten or typed notes and/or recordings made in connection with the investigation resulting in the charges in this case by any law enforcement officers involved in the investigation of this case regardless of whether or not those notes and/or recordings form the basis of subsequent typed reports;

3. The originals of any and all handwritten or typed notes and/or recordings made in connection with the investigation resulting in the charges in this case by any person

who will or may be a witness at Trial, regardless of whether or not those notes and/or recordings form the basis for subsequent typed reports.

**AS GROUNDS THEREFORE,** Defendant states as follows:

1. The notes and/or recordings described above may prove to be exculpatory within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, requiring disclosure at a later date. Thus, preservation at this time is essential so the Government will be able to comply with any duty to disclose which arises at a later date.

2. The Government has an obligation to preserve all potentially discoverable evidence gathered in the course of a criminal investigation. *United States v. Pollack*, 417 F.Supp. 1332 (D. Mass., 1976), citing *United States v. Bryant*, 493 F.2d 642 (D.C.Cir., 1975). Handwritten notes are encompassed by 18 U.S.C. §3500 as interpreted by *United States v. Harrison*, 524 F.2d 421 (D.C. Cir. 1975); *United States v. Harris,* 543 F.2d 1247 (3d Cir. 1977). Accordingly, handwritten notes of interviews with persons who will or may be witnesses and notes made by such persons, are a type of material evidence which the Government must maintain. *United States v. Pollack, supra; United States v. Harrison, supra; United States v. Johnson*, 521 F.2d 1318 (9th Cir. 1976).

**WHEREFORE**, Defendant prays for the relief requested, and for such other and further relief as to the Court seems just and proper in the premises.

**DATED THIS 17th DAY OF JULY, 2006.**

-3-

        Respectfully submitted,
        s/Harvey A. Steinberg
        Attorney for Michael Romero
        Springer & Steinberg, P.C.
        1600 Broadway, Suite 1200
        Denver, CO 80202
        (303)861-2800 Telephone
        (303)832-7116 Telecopier
        law@springer-and-steinberg.com

### CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2006, I electronically filed the foregoing **MOTION FOR PRESERVATION OF RECORDINGS AND NOTES** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Jim Boma**
Email: jim.boma@usdoj.gov

        s/Brenda Cruz
        For Harvey A. Steinberg
        Attorney for Michael Romero
        Springer & Steinberg, P.C.
        1600 Broadway, Suite 1200
        Denver, CO 80202
        (303)861-2800 Telephone
        (303)832-7116 Telecopier
        law@springer-and-steinberg.com