IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00217-PSF-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL ANTHONY ROMERO,

    Defendant.

---

**GOVERNMENT'S RESPONSE TO DEFENDANT'S REQUEST FOR
NOTICE OF INTENT TO CALL EXPERT WITNESSES AND
DISCOVERY PURSUANT TO RULE 16(a)(1)(D) and (E), Fed.R.Crim.P. (DOC #16)**

---

    The United States of America, by and through its undersigned Assistant United States Attorney for the District of Colorado, hereby responds as follows to the defendant's above-captioned motion:

    1.    The defendant has requested notice of the Government's intent to call expert witnesses and discovery related thereto.

    2.    Federal Rule of Criminal Procedure 16(a)(1)(E) was amended in 1993 to provide that in response to the defendant's request, "the government shall disclose to the defendant a written summary of testimony that the government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case-in-chief at trial...The summary provided...shall describe the witnesses' opinions, the bases and the reasons for those opinions, and the witnesses' qualifications."[1]  The rule is now found at

---

[1] On April 20, 2002, the Supreme Court entered an order amending the Federal Rules of Criminal Procedure 1 through 60, effective December 1, 2002.  As stated in the advisory committee notes, the amendments did not enact any substantive changes,

16(a)(1)(G).  The rule does not authorize the discovery or inspection of statements made by government witnesses or prospective government witnesses except as provided in 18 U.S.C. § 3500.  Fed.R.Crim.P. 16(a)(2).  Rule 16(a)(1)(F) requires the disclosure, upon request, of results and reports of certain tests.

      3.      The Government is well aware of and understands its obligations under Federal Rules of Criminal Procedure 16(a)(1)(F) and (G).  The results or reports of tests will be disclosed to the defendant during the discovery process.  The Government will comply with the requirements of Rule 16(a)(1)(G) in a supplemental discovery response well prior to trial.  The Government intends at this time to call the forensic chemists who examined the controlled substances in this case.  In the case of the 2003 seizure, those drugs were analyzed by a DEA chemist in San Francisco.  Results of that testing have been provided.  The suspected drugs seized on May 31, 2006, were submitted to the Colorado Bureau of Investigation's Laboratory in Pueblo, Colorado.  To dates, results of that testing have not been received but the results will be forwarded in supplemental discovery upon receipt.  Finally, the Government will provide Rule 16 summaries from these experts and *curricula vitae* in a supplemental discovery response prior to trial of this matter.

---

merely stylistic changes.  See  Sanchez-Butriago v. United States, 2003 WL 21649431 n.1  (S.D.N.Y. 2003).

Respectfully submitted this 25th day of July, 2006,

        WILLIAM J. LEONE
        UNITED STATES ATTORNEY


By: <u>s/ James R. Boma</u>
     JAMES R. BOMA
     Assistant United States Attorney
     U.S. Attorney's Office
     1225 17th Street, Suite 700
     Denver, CO 80202
     Telephone:  (303) 454-0100
     FAX:  (303) 454-0401
     E-mail:  james.boma@usdoj.gov
     Attorney for Government

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of July, 2006, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S REQUEST FOR NOTICE OF INTENT TO CALL EXPERT WITNESSES AND DISCOVERY PURSUANT TO RULE 16(a)(1)(D) and (E), Fed.R.Crim.P. (DOC #16)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

**Harvey Abe Steinberg**
law@springer-and-steinberg.com bcruz@springer-and-steinberg.com

                                              s/ James R. Boma
                                              JAMES R. BOMA
                                              Assistant United States Attorney
                                              U.S. Attorney's Office
                                              1225 17th Street, Suite 700
                                              Denver, CO 80202
                                              Telephone:  (303) 454-0100
                                              FAX:  (303) 454-0401
                                              E-mail:  james.boma@usdoj.gov
                                              Attorney for Government