IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00217-PSF-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  MICHAEL ANTHONY ROMERO,

      Defendant.

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR DISCLOSURE PURSUANT TO RULES 404(b) AND 609, FEDERAL RULES OF EVIDENCE
(DOC # 17)**

      The United States of America, by and through its undersigned Assistant United States Attorney for the District of Colorado, hereby responds as follows to the defendant's above-captioned motion:

      1.      The Government does not intend to introduce evidence under Fed. R. Evid. 404(b) and 609.  If this situation changes, the defendant will be notified well in advance of trial.

      Respectfully submitted this 25th day of July, 2006,

                              WILLIAM J. LEONE
                              UNITED STATES ATTORNEY

                      By:  <u>s/ James R. Boma</u>
                          JAMES R. BOMA
                          Assistant United States Attorney
                          U.S. Attorney's Office
                          1225 17th Street, Suite 700
                          Denver, CO 80202
                          Telephone: (303) 454-0100
                          FAX: (303) 454-0401
                          E-mail: james.boma@usdoj.gov
                          Attorney for Government

## CERTIFICATE OF SERVICE

   I hereby certify that on this 25th day of July, 2006, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR DISCLOSURE PURSUANT TO RULES 404(b) AND 609, FEDERAL RULES OF EVIDENCE (DOC # 17)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

**Harvey Abe Steinberg**
law@springer-and-steinberg.com bcruz@springer-and-steinberg.com

                <u>s/ James R. Boma</u>
                JAMES R. BOMA
                Assistant United States Attorney
                U.S. Attorney's Office
                1225 17th Street, Suite 700
                Denver, CO 80202
                Telephone:  (303) 454-0100
                FAX:  (303) 454-0401
                E-mail:  james.boma@usdoj.gov
                Attorney for Government