IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00217-PSF-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL ANTHONY ROMERO,

    Defendant.

---

**GOVERNMENT'S RESPONSE TO DEFENDANT'S REQUEST
FOR NOTICE OF GOVERNMENT'S INTENT TO USE EVIDENCE
PURSUANT TO RULE 12(b)(4)(B), CRIMINAL PROCEDURES (DOC #19)**

---

The United States of America, by and through the undersigned Assistant United States Attorney, responds as follows to the defendant's above referenced motion:

1. The evidence seized pursuant to the execution of two search warrants at this defendant's residence in this case in Pueblo, Colorado, on January 8, 2003, and May 31, 2006, has been identified in reports and on the returns filed with the issuing Courts with respect to these seizures, all of which have been served upon this defendant in discovery. Evidence seized from this defendant at the time of his arrest has been inventoried, with copies of those reports provided. There were no other searches of this defendant's residence or person.

2. There was no identification evidence used with respect to this defendant who was known to local Pueblo, Colorado law enforcement authorities on the date of his arrest on May 31, 2006. There were no handwriting or voice exemplars. Copies of summaries of any statements made by this defendant on the referenced date of his

arrest have been served.  There were no wire or other electronic interceptions in this case.  Any photographs of this defendant of which the Government is aware would consist of routine booking photographs.   Any personal correspondence or notes written by this defendant would be described in the returns on the search warrants as set forth above or in the reports documenting this defendant's arrest and the inventory of items recovered from his person on that date, copies of which have been served in this matter.  There were no mail covers used in this investigation.

Respectfully submitted this 25th day of July, 2006,

                WILLIAM J. LEONE
                United States Attorney


By:  s/ James R. Boma
      JAMES R. BOMA
      Assistant United States Attorney
      U.S. Attorney's Office
      1225 17th Street, Suite 700
      Denver, CO 80202
      Telephone:  (303) 454-0100
      FAX:  (303) 454-0401
      E-mail:  james.boma@usdoj.gov
      Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2006, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S REQUEST FOR NOTICE OF GOVERNMENT'S INTENT TO USE EVIDENCE PURSUANT TO RULE 12(b)(4)(B), CRIMINAL PROCEDURES (DOC #19)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

**Harvey Abe Steinberg**
law@springer-and-steinberg.com bcruz@springer-and-steinberg.com

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner indicated:

                                      s/ James R. Boma
                                      JAMES R. BOMA
                                      Assistant United States Attorney
                                      U.S. Attorney's Office
                                      1225 17th Street, Suite 700
                                      Denver, CO 80202
                                      Telephone: (303) 454-0100
                                      FAX: (303) 454-0401
                                      E-mail: james.boma@usdoj.gov
                                      Attorney for Government