IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00217-PSF-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL ANTHONY ROMERO,

    Defendant.

**GOVERNMENT'S RESPONSE TO DEFENDANT'S REQUEST FOR
NOTICE BY GOVERNMENT OF INTENT TO INTRODUCE EVIDENCE
PURSUANT TO RULE 807, F.R.E. (DOCKET ENTRY #23)**

    The United States of America, by and through the undersigned Assistant United States Attorney, responds as follows to the defendant's above referenced motion:

    1.    At this time, the government does not intend to introduce evidence pursuant to Rule 807, Federal Rules of Evidence, at trial. Should this situation change, the defendant will be notified well in advance of trial.

    Respectfully submitted this 25th day of July, 2006,

                                    WILLIAM J. LEONE
                                    United States Attorney

                        By:  *s/ James R. Boma*
                            JAMES R. BOMA
                            Assistant United States Attorney
                            U.S. Attorney's Office
                            1225 17th Street, Suite 700
                            Denver, CO 80202
                            Telephone: (303) 454-0100
                            FAX: (303) 454-0401
                            E-mail: james.boma@usdoj.gov
                            Attorney for Government

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of July, 2006, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S REQUEST FOR NOTICE BY GOVERNMENT OF INTENT TO INTRODUCE EVIDENCE PURSUANT TO RULE 807, F.R.E.** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

**Harvey Abe Steinberg**
law@springer-and-steinberg.com
bcruz@springer-and-steinberg.com

      *s/ Diana L. Brown*
      DIANA L. BROWN
      U.S. Attorney's Office
      1225 17th Street, Suite 700
      Denver, CO 80202
      Telephone: (303) 454-0100
      FAX: (303) 454-0401
      E-mail: diana.brown@usdoj.gov