# Exhibit 2

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 7

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: Mark Cannon, TFO  At: Colorado Springs, RO  S.C.D.T.F. | | | 6. File Title ROMERO, Michael | |
| 7. ☐ Closed ☐ Requested Action Completed  ☐ Action Requested By: | | | 8. Date Prepared  01/14/03 | |

9. Other Officers: See body of report.

10. Report Re: Execution of Colorado State Search Warrant at 1603 N. Odgen Ave., Pueblo, CO on 01-08-2003.

**SYNOPSIS:**

On January 8, 2003 at approximately 4:10 p.m., a search warrant was executed at 1603 North Ogden Avenue in Pueblo, Colorado. Information was received from a Pueblo Police Department Reliable Confidential Informant regarding a person identified as Michael ROMERO was dealing drugs from his residence located at 1603 N. Ogden Ave. The reliable informant stated that 5½ kilograms of Cocaine were seen at ROMERO's residence. Based on prior knowledge of ROMERO's history of dealing illegal drugs and the informants information, a search warrant was obtained for his residence. During the search of the residence approximately 1800 grams of Cocaine were found.

**DETAILS:**

1. On January 8, 2003 at approximately 4:10 p.m., members of the Southern Colorado Drug Task Force along with members of the Pueblo Police Department Narcotics Unit executed a search warrant at 1603 North Ogden Avenue in Pueblo, Colorado.

2. The knock and announce search warrant was requested as a result of a drug trafficking investigation on Michael Anthony ROMERO. The illegal drug expected to be found was Cocaine. The search warrant was for Michael ROMERO, his residence at 1603 N. Ogden Avenue, and any other out buildings or vehicles on that property. This search

| 11. Distribution:  Division SARI, MK  District  Other | 12. Signature (Agent)  Mark Cannon, TFO | 13. Date  01-14-2003 |
|---|---|---|
| | 14. Approved (Name and Title)  Al Laurita  Group Supervisor | 15. Date  01-14-2003 |

DEA Form - 6
(Jul. 1996)
MC
1 - Prosecutor

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

US000004

U.S. Department of Justice
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** (Continuation) | | |
| | 3. File Title ROMERO, Michael | |
| 4. Page 2 of 7 | | |
| 5. Program Code | 6. Date Prepared 01/14/03 | |

     warrant was approved and signed by Pueblo County District Court Judge Cole.

3.    The entry team included TFO's Cannon, M. DeFusco, Crouch, Iles, Thurston, S/A Eldridge, S/A Preeg, and G/S Laurita, along with the Pueblo Police Department Officers consisting of narcotic Detectives Taylor, Noeller, Simonich, L. DeFusco, and Agent Shaw from ATF. Upon arrival at 1603 N. Ogden Avenue two females were outside the residence on the front porch. The front door of the residence was also open. The two females were advised that we were the police and that we had a search warrant to enter the residence. Entry was made and no other persons were found inside the residence.

4.    The two females were identified as Cindy AGUILAR (DOB. 2-22-64) and her daughter Nicole ARANDA (DOB. 6-26-81). Cindy said that she does live at 1603 N. Ogden Avenue with her boyfriend Michael ROMERO. Cindy said ROMERO was at work and not expected home until 6:30 p.m., or 7:00 p.m.

5.    Sgt. Vick Boley from the Pueblo County Sheriff's Office is a canine officer and he was requested to respond to 1603 N. Ogden Avenue to deploy his drug-sniffing dog to assist officers in the search of the residence. The dog search resulted in one alert for drugs located at an area inside the detached garage at 1603 N. Ogden Avenue.

6.    All officers involved in the entry team then assisted in the search of the residence. During the search several items were taken from inside the residence at 1603 N. Ogden Avenue: Five bundles of Cocaine wrapped with black electrical tape (Exhibit 1). The five bundles had a total weight of 1,489.6 grams and was found by S/A Preeg in the detached garage where the dog had alerted. Two plastic baggies each containing Cocaine (Exhibit 2). The two baggies of Cocaine had a total weight of 302.2 grams. Exhibit 2 was found inside a Red, locking Vectra Bank bag. This bag was found by detective Noeller in the basement of the residence, hidden in the ceiling in the laundry room. Exhibit 3 is two Safeway prescription pill bottles containing a total of 140 white pills marked M362. Exhibit 3 was found by Detective L. DeFusco in the ceiling of the

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned

US0000005

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF INVESTIGATION**
*(Continuation)*

1. File No.
2. G-DEP Identifier
3. File Title ROMERO, Michael

4. Page 3 of 7
5. Program Code
6. Date Prepared 01/14/03

basement in the laundry room. Exhibit 4 is a prescription pill bottle containing 71.5 grams of an unknown white powder. Exhibit 4 was found by TFO Iles in a kitchen cabinet inside the residence. Exhibit 5 is a prescription pill bottle containing 18 white pills marked m357. Exhibit 5 was found by TFO Crouch in Cindy AGUILAR's purse that was on the kitchen table.

7. The non-drug items that were found at 1603 N. Ogden Avenue as a result of this search warrant are as follows: Exhibit N-1 is a white envelope addressed to Mike ROMERO at 1603 Ogden, Pueblo, CO 81001 and was found by Detective Simonich inside the residence in the dining room in a letter holder. Exhibit N-2 is a Hog Tales magazine addressed to Mike ROMERO at 1603 N. Ogden, Pueblo, CO 81001 and was found by Detective Simonich inside the residence in the dining room in a letter holder. Exhibit N-3 is a Pocket-Tech electronic gram scale and was found inside the red bank bag by Detective Simonich inside the residence in the dining room in a letter holder. Exhibit N-4 is the red Vectra bank bag found by Detective Noeller inside the residence in the basement hidden in the ceiling in the laundry room. Exhibit N-5 is a Ohaus Triple Beam Balance Scale and was found by Detective Simonich inside the residence in the dining room in a letter holder. Exhibit N-6 is $3000.00 in assorted United States Currency and was found by Detective Taylor inside a safe that was located in Michael ROMERO's bedroom inside the residence.

8. The 5 black electrical taped packages Exhibit 1 and the 2 plastic baggies Exhibit 2 each contained Cocaine. A chemical field test was preformed on a portion of each of the packages in Exhibit 1 and both of the plastic baggies in Exhibit 2. Each test preformed did test positive for Cocaine.

9. Cindy AGUILAR was verbally advised of her constitutional rights by TFO Cannon in the presents of G/S Laurita. Cindy AGUILAR indicated that she understood each of her rights and she did agree to answer questions without the presents of an attorney. Cindy AGUILAR said that she has been dating and living with Mike ROMERO for the past 2 and 1/2 years. Cindy AGUILAR said they have lived at 1603 N. Ogden since March of 2002. Ms. AGUILAR said she has used Cocaine in the

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

US000006

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF INVESTIGATION**
*(Continuation)*

| | |
|---|---|
| 1. File No. | 2. G-DEP Identifier |
| 3. File Title ROMERO, Michael | |
| 4. Page 4 of 7 | |
| 5. Program Code | 6. Date Prepared 01/14/03 |

past but at this time she is not a user of Cocaine. Ms. AGUILAR said she knew her boyfriend Mike ROMERO was selling Cocaine but she claims she did not know how much. Ms. AGUILAR said when someone would call or come to the house to buy Cocaine that ROMERO would go to the basement. Ms. AGUILAR claims she did not know there was Cocaine hidden in the garage or the basement, but she assumed if there was Cocaine in the house it was hidden in the basement. Ms. AGUILAR said ROMERO kept his Cocaine business dealings private from her so her knowledge of ROMERO's Cocaine business is limited. At this time Cindy AGUILAR was not arrested pending further investigation.

10. ROMERO had not returned home by the time the search warrant was completed and as of the time of this report he has not been contacted.

**CUSTODY OF EVIDENCE:**

**DRUG EVIDENCE:**

1. Exhibits 1 consists of five (5) bundles of a white powder substance, wrapped with black electrical tape, weighting approximately 1489.6 grams. Exhibit 1 was seized from under a desk drawer located in an unattached garage by S/A John Preeg. S/A Preeg, S/A William Eldridge and TFO mark Cannon processed and maintained custody of Exhibit 1 until it was transferred via FedEx Registered mail to the Western Regional Laboratory for analysis and safekeeping.

2. Exhibit 2 consists of two (2) plastic, sandwich bags, inside two (2) separate one quart bags, containing white powder substance, weighting approximately 302.2 grams. Exhibit 2 was seized from the laundry room, ceiling tile area by Pueblo Police Department Chris Noeller. Custody of Exhibit 2 was maintained by Chris Noeller, until it was transferred to S/A Eldridge and TFO Cannon who processed and maintained custody of Exhibit 2 until it was transferred via Fed Ex Registered mail to the Western Regional Laboratory for analysis and safekeeping.

DEA Form  - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned

US000007

U.S. Department of Justice
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | | |
| | 3. File Title ROMERO, Michael | |
| 4. Page 5 of 7 | | |
| 5. Program Code | 6. Date Prepared 01/14/03 | |

3. Exhibit 3 consists of two (2) orange pill bottles containing white pills #M362 (Vicodin - 140 pills). Exhibit 3 was seized from the laundry room, ceiling tile area by TFO Leide DeFusco. TFO DeFusco maintained custody of Exhibit 3 until it was transferred to S/A Eldridge and TFO Cannon who processed and maintained custody of Exhibit 3 until it was transferred via Fed Ex Registered mail to the Western Regional Laboratory for analysis and safekeeping.

4. Exhibit 4 consists of one (1) orange pill bottle, containing white powder, weighting approximately 71.5 grams. Exhibit 4 was seized from the kitchen area by TFO Joetta Iles. TFO Iles maintained custody of Exhibit 4 until it was transferred to S/A Eldridge and TFO Cannon who processed and maintained custody of Exhibit 4 until it was transferred via Fed Ex Registered mail to the Western Regional Laboratory for analysis and safekeeping.

5. Exhibit 5 consists of one (1) orange pill bottle, containing 18 white pills, weighting approximately 39.3 grams. Exhibit 5 was seized from Cynthia AGUALAR's purse located on the kitchen table by TFO Pat Crouch. TFO Crouch maintained custody of Exhibit 5 until it was transferred to S/A Eldridge. S/A Eldridge and TFO Cannon processed and maintained custody of Exhibit 4 until it was transferred via Fed Ex Registered mail to the Western Regional Laboratory for analysis and safekeeping.

**NON DRUG EVIDENCE:**

1. Exhibit N-1 consists of one (1) white envelope addressed to Mike ROMERO at 1603 Ogden. Exhibit N-1 was found by Detective Simonich inside the residence in the dining room in a letter holder. Detective Simonich maintained custody of Exhibit N-1 until it was transferred to S/A Eldridge and TFO Cannon who processed and maintained custody of Exhibit N-1 until it was transferred to the CSRO Non-Drug Evidence Custodian for storage and safekeeping.

2. Exhibit N-2 consists of one (1) Hog Tales magazine, addressed to mike ROMERO at 160-3 N. Ogden. Exhibit N-2 was found by Detective Simonich inside the residence in the dining room in a letter holder.

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

US000008

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION *(Continuation)* | 1. File No. ▬▬▬ | 2. G-DEP Identifier ▬▬ |
|---|---|---|
| | 3. File Title ROMERO, Michael | |
| 4. Page 6 of 7 | | |
| 5. Program Code | 6. Date Prepared 01/14/03 | |

Detective Simonich maintained custody of Exhibit N-2 until it was transferred to S/A Eldridge and TFO Cannon who processed and maintained custody of Exhibit N-2 until it was transferred to the CSRO Non-Drug Evidence Custodian for storage and safekeeping.

3. Exhibit N-3 consists of one (1) pocket-tech electronic gram scale. Exhibit N-3 was found by Detective Simonich inside the residence in the dining room in a letter holder. Detective Simonich maintained custody of Exhibit N-3 until it was transferred to S/A Eldridge and TFO Cannon who processed and maintained custody of Exhibit N-3 until it was transferred to the CSRO Non-Drug Evidence Custodian for storage and safekeeping.

4. Exhibit N-4 consists of one (1) red vectra bank bag. Exhibit N-4 was found by Detective Noeller inside the residence in the basement hidden in the ceiling in the laundry room. Detective Noeller maintained custody of Exhibit N-4 until it was transferred to S/A Eldridge and TFO Cannon who processed and maintained custody of Exhibit N-4 until it was transferred to the CSRO Non-Drug Evidence Custodian for storage and safekeeping.

5. Exhibit N-5 consists of one (1) ohaus triple beam scale. Exhibit N-5 was found by Detective Simonich inside the residence in the dining room in a letter holder. Detective Simonich maintained custody of Exhibit N-5 until it was transferred to S/A Eldridge and TFO Cannon who processed and maintained custody of Exhibit N-5 until it was transferred to the CSRO Non-Drug Evidence Custodian for storage and safekeeping.

6. Exhibit N-6 was converted into a check payable to the United States Marshals Service pending forfeiture proceedings.

7. Exhibit N-7 are photographs of the exhibits as they were found at 1603 N. Ogden Ave. in Pueblo, Colorado. The photos from exhibit N-7 were taken by S/A Eldridge who then transferred the photos to the Colorado Springs Non Drug Evidence Custodian for storage and safekeeping.

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned

US000009

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION
*(Continuation)*

| | |
|---|---|
| 1. File No. ▬▬▬ | 2. G-DEP Identifier ▬▬▬ |
| 3. File Title ROMERO, Michael | |

4.
**Page 7 of 7**

5. Program Code

6. Date Prepared
01/14/03

**INDEXING:**

1. ROMERO, Michael Anthony – NADDIS 4955081 – W/M, DOB: 11-19-58, 5'7", 180 lbs. brown hair, blue eyes, address: 1603 North Ogden Ave. Pueblo, Co 81001, SSN. 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, FBI# 580668MA2, Colorado State ID # 175264.

2. AGUILAR, Cindy Jean – NADDIS Negative – W/F, DOB: 02-22-64, 5'2", 140lbs. brown hair, brown eyes, address: 1603 North Ogden Ave. Pueblo, Co 81001, SSN. 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.

3. ARANDA, Nicole Sherri – NADDIS Negative – W/F, DOB: 06-26-81, 5'0", 155 lbs., brown hair, brown eyes, address: 2147 Aztez Dr. #B, Pueblo, Co 81008, SSN. 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.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

US000010

U.S. Department of Justice
Drug Enforcement Administration

FDIN 04-30-03

**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED**

| 1. HOW OBTAINED (Check) | | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|---|
| ☐ Purchase | ☒ Seizure | ☐ Free Sample | | | | |
| ☐ Lab. Seizure | ☐ Money Flashed | ☐ Compliance Sample (Non-Criminal) | | | | |
| ☐ Internal Body Carry | ☐ Other (Specify) | | | | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Pueblo, Colorado | 01-08-2003 | ROMERO, Michael et al |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL ☐ Case No. OR ☐ Seizure No. No. _____ | 7. DATE PREPARED 01-09-2003 | 8. GROUP NO. SCDTF |
|---|---|---|---|

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 1 | 2003038493 | Cocaine | Five Bundles of a White Powder Substance, Wrapped With Black Electrical Tape | 1489.6 ggm | 1489.6 ggm | 00.0 |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG? ☒ NO (included above) ☐ YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:
On 01-08-2003, members of the SCDTF executed a search warrant at 1603 Ogden Ave., Pueblo, CO. Exhibit 1 was seized from under a desk drawer located in an unattached garage by S/A John Preeg. S/A John Preeg, S/A William Eldridge and TFO Mark Cannon processed and maintained custody of Exhibit 1 until transferring custody via FedEx Registered mail to the Western Regional Laboratory for analysis and safekeeping.

FedEx Trck 836675478175

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| Mark Cannon, TFO | Albert Laurita, GS   1-9-03 |

**LABORATORY EVIDENCE RECEIPT REPORT**

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | | 21. Print or Type NAME and TITLE |
|---|---|---|---|
| 1 | 8366.7547.8175 | 1/10/03 | FedEx |
| 22. SEAL ☐ Broken ☒ Unbroken | 23. RECEIVED BY (Signature & Date) Lynda Chan | 1/10/03 | 24. Print or Type NAME and TITLE Lynda Chan CT |

**LABORATORY REPORT**

25. ANALYSIS SUMMARY AND REMARKS

SEE ATTACHMENT

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| | | | | | | | |

| 34. ANALYST (Signature) Natalia P. Urtiew | 35. TITLE Forensic Chemist | 36. DATE COMPLETED 01/21/2003 |
|---|---|---|
| 37. APPROVED BY (Signature & Date) Donald Chinn  1/22/03 | 38. TITLE Laboratory Director | 39. LAB. LOCATION San Francisco, CA |

US000011

U.S. ...ent of Justice
Dru... ...cement Administration

## REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| 1. HOW OBTAINED (Check) | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|
| ☐ Purchase | ☒ Seizure | ☐ Free Sample | | | |
| ☐ Lab. Seizure | ☐ Money Flashed | ☐ Compliance Sample (Non-Criminal) | | | |
| ☐ Internal Body Carry | ☐ Other *(Specify)* | | | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Pueblo, Colorado | 01-08-2003 | ROMERO, Michael et al |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL ☐ Case No. OR ☐ Seizure No. No. | 7. DATE PREPARED 01-09-2003 | 8. GROUP NO. SCDTF |
|---|---|---|---|

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 2 | | Cocaine | Two Plastic, Sandwich Bags Inside Two Separate One Quart Bags, Containing White Powder Substance | 302.2 ggm | 302.2 ggm | 00.0 |
| 3 | | Vicodin | Two Orange Pill Bottles Containing White Pills # M362 (140 Pills) | 191.6 ggm | 191.6 ggm | 00.0 |
| 4 | | Unknown | Orange Pill Bottle, White Powder | 71.5 ggm | 71.5 ggm | 00.0 |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?   ☒ NO (included above)   ☐ YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:
On 01-08-2003, members of the SCDTF executed a search warrant at 1603 Ogden Ave., Pueblo, CO. Ex: 2 was seized from laundry room, ceiling tile area by PPD Chris Noeller.  Ex: 3 was seized from laundry room, ceiling tile area by PPD Leide DeFusco.  Ex: 4 was seized from kitchen area by TFO Joetta Iles. On 01-08-2003, PPD Noeller, PPD DeFusco & TFO Iles transferred custody to S/A William Eldridge.  S/A Eldridge and TFO Mark Cannon processed and maintained custody of Exs: 2, 3 & 4 until transferring via Fed Ex Registered mail to the Western Regional Laboratory for analysis and safekeeping.

| 17. SUBMITTED BY SPECIAL AGENT (Signature) Mark Cannon, TFO | 18. APPROVED BY (Signature & Title) Albert Laurita, G/S | 1-9-03 |
|---|---|---|

### LABORATORY EVIDENCE RECEIPT REPORT

| 19. NO. PACKAGES 3 | 20. RECEIVED FROM (Signature & Date) 8366.7547.8175   1/10/03 | 21. Print or Type NAME and TITLE Fed Ex |
|---|---|---|
| 22. SEAL ☐ Broken  ☒ Unbroken | 23. RECEIVED BY (Signature & Date) Lynda Chan   1/10/03 | 24. Print or Type NAME and TITLE Lynda Chan CT |

### LABORATORY REPORT

25. ANALYSIS SUMMARY AND REMARKS

SEE ATTACHMENT

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| 34. ANALYST (Signature) Natalia P. Urtiew | 35. TITLE Forensic Chemist | 36. DATE COMPLETED 01/21/2003 |
|---|---|---|
| 37. APPROVED BY (Signature & Date) Donald Chinn   1/22/03 | 38. TITLE Laboratory Director | 39. LAB. LOCATION San Francisco, CA |

US000012

 Drug Enforcement Administration
Western Laboratory, San Francisco, CA

# CHEMICAL ANALYSIS REPORT

**File Number:** ███████████

| | |
|---|---|
| **Exhibit:** 1 | DEA Laboratory Number: 7113393 |
| | Sealed Package Weight: 1,490 g |
| **Net Weight:** | 1,257 g containing Cocaine hydrochloride (HCl) |
| **Quantitative Results:** | 84 % Cocaine HCl |
| **Amount of Pure Drug:** | 1,055 g |
| **Reserve Weight:** | 1,256 g |

Analyzed By:

_signature_     1-21-03
Natalia P. Urtiew     Date
Forensic Chemist

Approved By:

_signature_     1/22/03
Donald Chinn     Date
Laboratory Director

Prosecution / Division / Orig. Office / Laboratory / Hdqtrs / Receipt Copy     Page 1 of 1



Drug Enforcement Administration
Western Laboratory, San Francisco, CA

# CHEMICAL ANALYSIS REPORT

**File Number:** 

---

**Exhibit:** 2                    DEA Laboratory Number: 7113394
                                  Sealed Package Weight: 302.7 g

**Net Weight:**              266.9 g    containing Cocaine hydrochloride (HCl)

**Quantitative Results:**    77 % Cocaine HCl
**Amount of Pure Drug:**     205.5 g

**Reserve Weight:**          266.0 g

---

**Exhibit:** 3                    DEA Laboratory Number: 7113395
                                  Sealed Package Weight: 192.0 g

**Net Weight:**              118.5 g (140 caplets)  containing Hydrocodone and Acetaminophen

**Quantitative Results:**    N/A
**Amount of Pure Drug:**     N/A

**Reserve Weight:**          113.9 g (134.6 caplets)
**Note:**                    5 caplets removed for a special program

---

**Exhibit:** 4                    DEA Laboratory Number: 7113396
                                  Sealed Package Weight: 71.6 g

**Net Weight:**              27.3 g    containing no controlled substance

**Quantitative Results:**    N/A
**Amount of Pure Drug:**     N/A

**Reserve Weight:**          26.9 g

---

**Analyzed By:**                                          **Approved By:**

Natalia P. Urtiew    1-21-03                              Donald Chinn    1/22/03
Forensic Chemist     Date                                 Laboratory Director    Date

Prosecution / Division / Orig. Office / Laboratory / Hdqtrs / Receipt Copy                    Page 1 of 1

US000014

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED**

1. HOW OBTAINED (Check):
☐ Purchase  ☒ Seizure  ☐ Free Sample
☐ Lab. Seizure  ☐ Money Flashed  ☐ Compliance Sample (Non-Criminal)
☐ Internal Body Carry  ☐ Other (Specify)

2a. FILE NO.: [redacted]
2b. PROGRAM CODE:
3. G-DEP ID: [redacted]

4a. WHERE OBTAINED (City, State/Country): Pueblo, Colorado
4b. DATE OBTAINED: 01-08-2003
5. FILE TITLE: ROMERO, Michael et al

6a. REFERRING AGENCY (Name):
6b. REFERRAL: ☐ Case No. OR ☐ Seizure No.
7. DATE PREPARED: 01-09-2003
8. GROUP NO.: SCDTF

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | 13. Seized | 14. Submitted | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| 5 | | Hydrocodone | One Orange Pill Bottle Containing 18 white pills | 39.3 ggms | 39.3 ggms | 00.0 |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG? ☒ NO (included above)  ☐ YES

REMARKS:
On 01-08-2003, members of the SCDTF executed a search warrant at 1603 Ogden Ave., Pueblo, CO. Exhibit 5 was seized from Cynthia Agualar's purse located on the kitchen table by TFO Pat Crouch. On 01-08-2003, TFO Crouch transferred custody of Exhibit 5 to S/A William Eldridge. S/A Eldridge and TFO Mark Cannon processed and maintained custody of Exhibit 5 until transferring custody via FedEx Registered mail to the Western Regional Laboratory for analysis and safekeeping.

17. SUBMITTED BY SPECIAL AGENT (Signature): Mark Cannon, TFO
18. APPROVED BY (Signature & Title): Albert Laurita, G/S   1-9-03

**LABORATORY EVIDENCE RECEIPT REPORT**

19. NO. PACKAGES: 1
20. RECEIVED FROM (Signature & Date): 8366.9547.8175   1/10/03
21. Print or Type NAME and TITLE: FedEx
22. SEAL: ☐ Broken  ☒ Unbroken
23. RECEIVED BY (Signature & Date): Lynda Chan   1/10/03
24. Print or Type NAME and TITLE: Lynda Chan

**LABORATORY REPORT**

25. ANALYSIS SUMMARY AND REMARKS

SEE ATTACHMENT

| 26. Exhibit No. | 27. Lab No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | 29. Strength | 30. Measure | 31. Unit | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

34. ANALYST (Signature): Natalia P. Urtiew
35. TITLE: Forensic Chemist
36. DATE COMPLETED: 01/16/2003
37. APPROVED BY (Signature & Date): Donald Chinn   1/22/03
38. TITLE: Laboratory Director
39. LAB. LOCATION: San Francisco, CA

US000015

 Drug Enforcement Administration
Western Laboratory, San Francisco, CA

## CHEMICAL ANALYSIS REPORT

**File Number:** ▮▮▮▮▮▮▮

| | | |
|---|---|---|
| **Exhibit:** 5 | | DEA Laboratory Number: 7113397 |
| | | Sealed Package Weight: 39.7 g |
| **Net Weight:** | 10.8 g (17 caplets) containing Hydrocodone and Acetaminophen | |
| **Quantitative Results:** | N/A | |
| **Amount of Pure Drug:** | N/A | |
| **Reserve Weight:** | 10.6 g (16.6 caplets) | |

Analyzed By:

*[signature]*  1-16-03
Natalia P. Urtiew        Date
Forensic Chemist

Approved By:

*[signature]*   1/22/03
Donald Chinn        Date
Laboratory Director

Prosecution / Division / Orig. Office / Laboratory / Hdqtrs / Receipt Copy          Page 1 of 1

US000016

**U.S. Department of Justice**
Drug Enforcement Administration

Read Instructions on Reverse before completing.

## ACQUISITION OF NON-DRUG PROPERTY AND REGULATORY SEIZURE

| 1. BASIS | 2. TYPE OF PROPERTY | | 3. FILE NO. | 4. G-DEP IDENTIFIER |
|---|---|---|---|---|
| [X] EVIDENCE | [ ] MONEY  [ ] Recovered  [ ] Seized | [ ] REGULATORY  [ ] FILM/FINGERPRINTS  [X] OTHER | *(redacted)* | *(redacted)* |
| [ ] FORFEITURE | | | 5. FILE TITLE | |
| [ ] TEMPORARY CUSTODY | | | ROMERO, Michael et al | |
| [ ] Safekeeping | 6. CUSTOMS ORIGINATED CASE | | | |
| [ ] Transfer to Another Agency | [ ] Case No. ___ OR [ ] Seizure No. ___ No. ___ | | 7. DATE PREPARED  01-09-2003 | 8. PROGRAM CODE |

| 9. EXHIBIT | 10. NAME AND DESCRIPTION OF ARTICLES | 11. COND. CODE | 12. VALUE |
|---|---|---|---|
| N-1 | White envelope addressed to Mike ROMERO at 1603 Ogden | NA | 00.0 |
| N-2 | Hog Tales magazine addressed to Mike ROMERO at 1603 N. Ogden | NA | 00.0 |
| N-3 | Pocket-Tech electronic gram scale | NA | 00.0 |
| N-4 | Red Vectra bank bag | NA | 00.0 |
| N-5 | Ohaus Triple Beam Scale | NA | 00.0 |

**13. REMARKS**
On 01-08-2003, members of the SCDTF executed a search warrant at 1603 Ogden Ave., Pueblo, Colorado. Exhibits N-1 thru N-5 were all found at 1603 N. Ogden Ave. Exhibit N-7 is a 3 1/2 inch computer disk which contains the photographs of the evidence as it was found during the search of the residence. S/A Eldridge and TFO Mark Cannon processed and maintained custody of Exhibits N-1 thru N-5, and N-7 until transferring custody to the CSRO Non-Drug Evidence Custodian for storage and safekeeping..

| 14. SUBMITTED BY SPECIAL AGENT/INVESTIGATOR (Signature) | 15. APPROVED BY (Signature & Title) |
|---|---|
| Mark Cannon, TFO */s/ Mark Cannon/* | Albert Laurita, G/S */s/* |

### RECEIPT REPORT

| 16. NO. PACKAGES | 17. RECEIVED FROM (Signature & Date) | 18. Print or Type NAME and TITLE |
|---|---|---|
| 5 | */s/ Mark Cannon*  JAN 1 | Mark Cannon, TFO |
| 19. SEAL  [ ] Broken  [X] Unbroken | 20. RECEIVED BY (Signature & Date)  */s/ John Preeg*  JAN 1 | 21. Print or Type NAME and TITLE  John Preeg, S/A |

### DISPOSITION (FOR EVIDENCE CUSTODIAN USE ONLY)

| 22. Date DEA-48 | 23. Exhibit | 24. Authorizing Name | 25. Means of Disposition | 26. Name |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**27. REMARKS**

| 28. ANALYST (Signature) | 29. DATE | 30. APPROVED BY (Signature) | 31. DATE |
|---|---|---|---|

S-02|19|03

US000017

**U.S. Department of Justice**
Drug Enforcement Administration

## DISPOSITION OF NON-DRUG EVIDENCE
(Do NOT Use For Drug Evidence)

| FILE NUMBER | DATE |
|---|---|
| [redacted] | 01/22/2003 |
| FILE TITLE | |
| ROMERO, Michael | |

**ORIGINATOR** (Name of Field Office and Case Agent)

Mark Cannon, TFO
Colorado Springs Resident Office

**CUSTODIAN** (Name of Field Office or Laboratory and Custodian)

USMS
Denver, CO

### PART I

The following exhibits in this case are no longer needed as evidence and should:

☐ be handled as forfeited property
☐ be returned to their rightful owner: _____

☒ be transferred to  USMS
                     (Agency)

☐ undergo abandonment proceedings
☐ be stored as documentation of a non-consensual intercept
☐ be destroyed (or returned to the case file)
☐ be handled as recovered funds

| EXHIBIT NUMBER | LAB. OR FISCAL CONTROL NUMBER | DESCRIPTION | CONDITION CODE | ESTIMATED VALUE |
|---|---|---|---|---|
| N-6 | 03-DEA-415759 | $3,000.00 U.S. Currency | | 3,000. |

Mark Cannon  /s/ Mark Cannon   01/23/03     Gray Hildreth /s/     01/23/03
CASE AGENT (Signature)     DATE           APPROVING OFFICIAL (Signature)    DATE

### PART II

The foregoing exhibits have undergone abandonment proceedings and may be disposed of in accordance with 41 CFR 128.

PROPERTY CUSTODIAN (Signature) _____   DATE _____

### PART III

On  01-29-03  , the foregoing exhibits were:

☐ disposed of in accordance with 21 USC 881(e)
☐ disposed of in accordance with 41 CFR 128
☐ destroyed (or returned to the case file)
☒ delivered to   USMS
                 901 19th Street
                 Denver, CO 80294
☐ placed into storage (documentation of a non-consensual intercept)

Eloy Montoya /s/
CUSTODIAN

Laurie Warwick /s/
WITNESS

/s/ Haley 2/3/03
RECEIVED BY (If applicable)

DEA Form - 48a

US000018

**U.S. Department of Justice**
Drug Enforcement Administration

Read Instructions on Reverse before completing.

## ACQUISITION OF NON-DRUG PROPERTY AND REGULATORY SEIZURE

| 1. BASIS | 2. TYPE OF PROPERTY | 3. FILE NO. | 4. G-DEP IDENTIFIER |
|---|---|---|---|
| [X] EVIDENCE<br>[ ] FORFEITURE<br>[ ] TEMPORARY CUSTODY<br>   [ ] Safekeeping<br>   [ ] Transfer to Another Agency | [ ] MONEY   [ ] REGULATORY<br>  [ ] Recovered   [ ] FILM/FINGERPRINTS<br>  [ ] Seized   [X] OTHER<br>6. CUSTOMS ORIGINATED CASE<br>[ ] Case No. ____ OR [ ] Seizure No. ____<br>No. ____ | (redacted) | (redacted) |
| | | 5. FILE TITLE<br>ROMERO, Michael et al | |
| | | 7. DATE PREPARED<br>01-09-2003 | 8. PROGRAM CODE |

| 9. EXHIBIT | 10. NAME AND DESCRIPTION OF ARTICLES | 11. COND. CODE | 12. VALUE |
|---|---|---|---|
| N-7 | 3 1/2 inch computer disk which contains photographs of the items seized during the search warrant. | NA | 00.0 |

**13. REMARKS**
On 01-08-2003, members of the SCDTF executed a search warrant at 1603 Ogden Ave., Pueblo, Colorado. Exhibits N-1 thru N-5 were all found at 1603 N. Ogden Ave. Exhibit N-7 is a 3 1/2 inch computer disk which contains the photographs of the evidence as it was found during the search of the residence. S/A Eldridge and TFO Mark Cannon processed and maintained custody of Exhibits N-1 thru N-5, and N-7 until transferring custody to the CSRO Non-Drug Evidence Custodian for storage and safekeeping.

| 14. SUBMITTED BY SPECIAL AGENT/INVESTIGATOR (Signature) | 15. APPROVED BY (Signature & Title) |
|---|---|
| Mark Cannon, TFO /s/ Mark Cannon | Albert Laurita, G/S |

### RECEIPT REPORT

| 16. NO. PACKAGES | 17. RECEIVED FROM (Signature & Date) | 18. Print or Type NAME and TITLE |
|---|---|---|
| 1 | /s/ Mark Cannon  JAN 1 '03 | Mark Cannon, TFO |
| **19. SEAL**<br>[ ] Broken  [X] Unbroken | **20. RECEIVED BY** (Signature & Date)<br>/s/ John Preeg  JAN 1 '03 | **21. Print or Type NAME and TITLE**<br>John Preeg, S/A |

### DISPOSITION (FOR EVIDENCE CUSTODIAN USE ONLY)

| 22. Date DEA-48 | 23. Exhibit | 24. Authorizing Name | 25. Means of Disposition | 26. Name |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**27. REMARKS**

| 28. ANALYST (Signature) | 29. DATE | 30. APPROVED BY (Signature) | 31. DATE |
|---|---|---|---|

US000019

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 2

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: Pat A. Crouch  At: Colorado Springs R.O. | | | 6. File Title ROMERO, Michael | |
| 7. ☐ Closed  ☐ Requested Action Completed  ☐ Action Requested By: | | | 8. Date Prepared  01/10/03 | |

9. Other Officers: G/S Al Laurita, S/A William Eldridge, S/A John Preeg, TFO Mark Cannon, TFO Mark Defusco, TFO Joetta Iles, TFO Ron Thurston, Det. Noeller (P.P.D.)

10. Report Re: Service of a search warrant at 1603 North Ogden, Pueblo, CO. resulting in the seizure of five drug related exhibits.

**DETAILS**

1. On Wednesday, January 8, 2003, TFO Crouch participated in the service of a Colorado state signed search warrant at Michael ROMERO's residence located at 1603 North Ogden Avenue, Pueblo, Pueblo County, Colorado.

2. On Wednesday, January 8, 2003, at approximately 4:10 PM, members of the Southern Colorado Drug Task Force, DEA agents and members of the Pueblo Police Department served the search warrant at the ROMERO residence void of any incidences.

3. At the time the search warrant was served the law enforcement personnel approaching the front of the residence were contacted by the occupants of the residence, Ms. Cindy Jean AGUILAR, common-law wife of Michael ROMERO and her daughter Nicole Sherri ARANDA who were standing on the front porch of the residence.

4. After the uneventful entry into the residence, the officers serving the search warrant began conducting a systematic search of the residence.

| 11. Distribution:  Division SARI, Mk  District  Other | 12. Signature (Agent)  Pat A. Crouch, TFO | 13. Date  01/15/2003 |
|---|---|---|
| | 14. Approved (Name and Title) VINCENT NISKI JR  ~~Albert Laurita~~  Group Supervisor | 15. Date  01/15/2003 |

DEA Form - 6
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

PAC   Service of SW at 1603 N. Ogden, Pueblo, CO
1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned

S=01/30/03

US000020

U.S. Department of Justice
Drug Enforcement Administration

| | REPORT OF INVESTIGATION  (Continuation) | 1. File No. ████████ | 2. G-DEP Identifier ████ |
|---|---|---|---|
| | | 3. File Title ROMERO, Michael | |
| 4. Page 2 of 2 | | | |
| 5. Program Code | | 6. Date Prepared 01/10/03 | |

5. During the search of the downstairs laundry room Detective Noeller searching a space above the ceiling above the washer and dryer found a fairly new and clean red locking Vectra bank bag.

6. Feeling the exterior of the Vectra bag, TFO Crouch felt hard odd sized objects in the bag, leading TFO Crouch to believe the bag contained Schedule II Controlled Substances.

7. TFO Crouch attempted to unlock the bag without damaging it, however this met with negative results. TFO Crouch cut the bag open exposing it's contents, the bag contained Exhibit 2, two fairly new quart size plastic bags of hard chunk Cocaine with a gross weight of 302.2 grams.

8. The bag also contained Non Drug Exhibit 3, a black Pocket Tech electronic scale.

9. The above items were maintained by TFO Mark Cannon until they were processed into evidence at the DEA Colorado Springs Resident Office for safekeeping and laboratory analysis.

**INDEXING:**

1. AGUILAR, Cindy Jean - NADDIS ████████ - W/F, D.O.B. ████/64, 5'-2" 140 Lbs. Brown hair, brown eyes, ████████████████ currently residing at ██████████████████ Pueblo, CO.

2. ARANDA, Sherri Nicole - NADDIS ████████ - W/F, D.O.B. ████/81 5'-0" 155 Lbs. brown hair, brown eyes, S.████████████, currently residing at ██████████████████ Pueblo, CO.

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

US000021