UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 06-cr-00217-PSF

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**MICHAEL ROMERO,**

Defendant.

## UNOPPOSED MOTION TO CONTINUE MOTIONS HEARING, JURY TRIAL, AND TRIAL PREPARATION CONFERENCE

The Defendant, Michael Romero, by and through his attorney, Harvey A. Steinberg, of the law firm of Springer and Steinberg, P.C., hereby moves this Court for an Order continuing the Motions Hearing, Jury Trial and Trial Preparation Conference currently scheduled in the above-captioned case.

**AS GROUNDS THEREFORE**, the Defendant states as follows:

1. In this case a Non-evidentiary Motions Hearing and Trial Preparation Conference is scheduled for August 7, 2006. A Motions Hearing is scheduled for August 9, 2006. The Jury Trial is scheduled for August 21, 2006.

2. The Government recently provided Defendant with additional discovery in this matter. That discovery contains information regarding a search executed pursuant to a warrant on a residence located at 1200 20th Lane in Pueblo, Colorado. Defendant previously requested an extension of time in which to file an additional motion challenging the search of that property pending receipt of the anticipated additional discovery. Defendant will file that motion within

the additional time period requested.

  3.  It is likely that the Government will file a response to the additional motion challenging the search of the above-stated property.  To avoid the necessity of separate hearings on these Motions Defendant is requesting a continuance of the scheduled hearing on the Motions.  Accordingly, Defendant further requests that the Jury Trial and Trial Preparation Conference be continued as well.

  4.  Undersigned counsel has conferred with Assistant United States Attorney James Boma. Mr. Boma has indicated that he does not object to this Motion.

  **WHEREFORE**, the Defendant requests this Motion be granted.

  **DATED THIS 31st DAY OF JULY, 2006.**

            Respectfully submitted,

            s/Harvey A. Steinberg
            Harvey A. Steinberg
            Attorneys for Michael Romero
            Springer & Steinberg, P.C.
            1600 Broadway, Suite 1200
            Denver, CO 80202
            (303)861-2800 Telephone
            (303)832-7116 Telecopier
            law@springer-and-steinberg.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 31, 2006, I electronically filed the foregoing **UNOPPOSED MOTION TO CONTINUE MOTIONS HEARING, JURY TRIAL, AND TRIAL PREPARATION CONFERENCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Jim Boma**
Email: jim.boma@usdoj.gov

              s/Brenda Cruz
              For Harvey A. Steinberg
              Harvey A. Steinberg
              Attorneys for Michael Romero
              Springer & Steinberg, P.C.
              1600 Broadway, Suite 1200
              Denver, CO 80202
              (303)861-2800 Telephone
              (303)832-7116 Telecopier
              law@springer-and-steinberg.com