06-12179

Judge Crockenburg

CITY OF PUEBLO         )
COUNTY OF PUEBLO  ) SS.    INVENTORY
STATE OF COLORADO )

I, **Michael Simonic**, received the within Search Warrant on the **26th** of **May**, 2006, and duly executed it as follows:

On the **31st** day of **May**, 2006 at **7:10** **P**.M., I searched (the person) (the premises) described in the Search Warrant and left a copy of the Search Warrant with **Premises** together with an Inventory of the property taken.

The following is an Inventory of property taken pursuant to the Search Warrant:

#1) Black Brinks Home Security safe containing an American Weigh digital scale / 3 packages of small ziploc baggies / 5 large ziploc baggies containing suspected cocaine / Found N/E Bedroom on Table    CJD

#2) Blue Duffel Bag containing 4 Prescription Bottles for Denise Felix-Gonzales labeled Hydroco and a Blue Wells Fargo Bank Bag containing $3000 in U.S. Currency / Same as #1    CJD

#3) Residential Lease Agreement for 1200 20th Lane / Found in Desk of N/E Bedroom    CJD

#4) 3 Prescription Bottles for Denise Felix (2 labeled Hydroco, 1 Oxycodone), 1 Prescription Bottle for Barbara Goonetta (labeled Omeprazole)

#5) Radio Shack Scanner   Found in N/W Bedroom front pocket Red Case  BJR
    → Found on Kitchen Armoire    BJR

#6) Uniden Bearcat Scanner / Found in Hall Closet    BJR

#7) CJ-4000 Digital Scale / Found in Garage Closet    JJB

#8) Verizon cell Phone / Livingroom Coffe Table    JTF

#9) Verizon cell Phone / Kitchen Counter    BJR

#10) CO DL for Jonathan Taylor / Same as #4    BJR

#11) 4 unlabeled prescription bottles w/unknown pills / Bathroom Cabinet    JTF
     2 prescription bottles for Barbara Goonetta (one labeled Omeprazole, Toprol)

#12) X-Mas package containing baggy of suspected Cocaine / Found in living room table    MJS

#13) $1405°° in U.S. Currency / Mike Romero's pocket    MJS

#14) Plastic Baggy of suspected cocaine inside a paper bag Found in Nissan Altima Driven By Cynthia Aguilar    MJS

This Inventory was made by **Chris D'Amour** in the presence of _____ and is a true and detailed account of all property taken pursuant to the Search Warrant.

GOVERNMENT EXHIBIT 2

Case 1:06-cr-00217-WYD   Document 45-2   Filed 08/16/06   USDC Colorado   Page 2 of 4

PAGE: 2

06-12179

CITY OF PUEBLO        )
COUNTY OF PUEBLO      ) SS.    INVENTORY
STATE OF COLORADO     )

#15) Paperbag containing a plastic baggy of suspected cocaine / Same as #14    MJS

#16) Corner tie of suspected cocaine / chain pocket of Cynthia Aguilar    MJS

#17) JB Engine Degreaser w/ fake compartment in bottom / Found in backseat of GEO Prism driven by Michael Romero V    JJB

#18) Glass case containing a small ziploc baggy of suspected cocaine. Found in GEO Prism    MJS

#19) $209 U.S. Currency / found in Michael Romero V wallet    LWD

#20) 28 9mm rounds and a mag / Backseat Geo Prism    MJS

#21) Motorola cellphone / Found in Nissan Altima    MJS

#22) Possible money record / Found on desk in N/E Room    CJD

#23) Paperwork for Michael Romero / Same as #22    CJD

#24) Package of paper bags / Same as #22    CJD

This inventory was made by ___Chris D'Amour___ in the presence of _____ and is a true and detailed account of all property taken pursuant to the Search Warrant.

000086

06-12179

STATE OF COLORADO )
                     ) ss.
COUNTY OF PUEBLO )

IN THE COUNTY/DISTRICT COURT

DAVID W. CROCKENBERG
JUDGE

## RETURN

I, DET. M. SIMONICH, received the within search warrant on 5/26/2006, and duly executed it as follows:

On 5/31/2006, at 19:10 hrs., I searched (the person(s)) _____
(the premises 1200 LANE 20 described in the search warrant and left a copy of the search warrant with: ON THE PREMISES
together with an inventory of the property taken.

The following is an inventory of property taken pursuant to the search warrant:

| # | Item | Location | Initials |
|---|------|----------|----------|
| 1 | Black BRINKS home security safe containing an AMERICAN WEIGH digital scale, three (3) packages of small ziplock baggies, five (5) large ziplock baggies containing suspected cocaine | found in northeast bedroom, on table | CJD |
| 2 | Blue duffel bag containing four (4) prescripton bottles for DENISE FELIX-GONZALES, labeled Hydroco and a blue WELLS FARGO bank bag containing three thusand dollars ($3000.00) in U.S. currency | same as #1 | CJD |
| 3 | Residential lease agreement for 1200 20th Lane | found in desk of northeast bedroom | CJD |
| 4 | Three (3) prescription bottles for DENISE FELIX (two labeled Hydroco, one labeled Oxycodone), one (1) prescription bottle for BARBARA GEONETTA (labeled Omeprazole) | found in northwest bedroom, front pocket, red case | BJR |
| 5 | RADIO SHACK scanner | found on kitchen armoire | BJR |
| 6 | UNIDEN Bearcat scanner | found in hall closet | BJR |
| 7 | CJ-4000 digital scale | found in garage closet | JJB |
| 8 | VERIZON cell phone | living room, coffee table | JTF |
| 9 | VERIZON cell phone | kitchen counter | BJR |

This inventory was made by _____ DET. C. D'AMOUR _____, in the presence of _____ DET. L. DEFUSCO _____ and is a true and detailed account of all property taken pursuant to the search warrant.

Page 1

000087

06-12179

| | | | |
|---|---|---|---|
| 10 ) | Colorado driver's license for JONATHAN TAYLOR | same as #4 | BJR |
| 11 ) | Four (4) unlabeled prescription bottles with unknown pills, two (2) prescription bottles for BARBARA GEONETTA (one labeled Omeprazole, one labeled Toprol) | bathroom cabinet | JTF |
| 12 ) | Christmas package containing baggy of suspected cocaine | found in living room, table | MJS |
| 13 ) | One thousand four hundred five dollars ($1405.00) in U.S. currency | MIKE ROMERO's pocket | MJS |
| 14 ) | Plastic baggy of suspected cocaine, inside a paper bag | found in NISSAN ALTIMA driven by CYNTHIA AGUILAR | MJS |
| 15 ) | Paper bag containing a plastic baggy of suspected cocaine | same as #14 | MJS |
| 16 ) | Corner tie of suspected cocaine | chain pocket of CYNTHIA AGUILAR | MJS |
| 17 ) | JB engine degreaser with fake compartment in bottom | found in back seat of GEO PRISM driven by MICHAEL ROMERO II | JJB |
| 18 ) | Glass case containing a small ziplock baggy of suspected cocaine | found in GEO PRISM | MJS |
| 19 ) | Two hundred nine dollars ($209.00) in U.S. currency | found in MICHAEL ROMERO II wallet | LWD |
| 20 ) | Twenty-eight (28) 9mm rounds and a mag | backseat GEO PRISM | MJS |
| 21 ) | MOTOROLA cell phone | found in NISSAN ALTIMA | MJS |
| 22 ) | Possible money record | found on desk, in northeast room | CJD |
| 23 ) | Paperwork for MICHAEL ROMERO | same as #22 | CJD |
| 24 ) | Package of paper bags | same as #22 | CJD |

This inventory was made by _____ DET. C. D'AMOUR _____ , in the presence of _____ DET. L. DEFUSCO _____ and is a true and detailed account of all property taken pursuant to the search warrant.

000088