IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00217-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL A. ROMERO,

    Defendant.

---

**GOVERNMENT'S NOTICE OF FILING OF WITNESS LIST FOR
MOTIONS HEARING ON WEDNESDAY, SEPTEMBER 6, 2006, AT 9:30 A.M.**

---

The United States of America, by and through its undersigned Assistant United States Attorney for the District of Colorado, hereby gives Notice of its filing of its witness list for the above-referenced hearing.

Respectfully submitted this 5th day of September, 2006,

        TROY A. EID
        UNITED STATES ATTORNEY


    By: s/ James R. Boma
        JAMES R. BOMA
        Assistant United States Attorney
        U.S. Attorney's Office
        1225 17th Street, Suite 700
        Denver, CO 80202
        Telephone: (303) 454-0100
        FAX: (303) 454-0401
        E-mail: james.boma@usdoj.gov
        Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September, 2006, I electronically filed the foregoing **GOVERNMENT'S NOTICE OF FILING OF WITNESS LIST FOR MOTIONS HEARING ON WEDNESDAY, SEPTEMBER 6, 2006, AT 9:30 A.M.** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

**Harvey Abe Steinberg**
law@springer-and-steinberg.com bcruz@springer-and-steinberg.com

s/Lisa Vargas
LISA VARGAS
Legal Assistant to
James R. Boma
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone:  (303) 454-0100
FAX:  (303) 454-0409
E-mail:  Lisa.Vargas@usdoj.gov