**WITNESS LIST FORM**

Judge Phillip S. Figa

Case No.  06-cr-00217-PSF                              Date: September 5, 2006

Case Caption:          United States          v.          Michael A. Romero

Plaintiff/Defendant Witness List

| Will Call Witnesses | Estimated Time for Examination | |
| (name & summary of testimony) | Direct | Cross |
| --- | --- | --- |
| 1. TFO Mark Cannon, DEA<br>Search of 1603 Ogden Avenue<br>Pueblo, Colorado (01108103) | 30 Minutes | 15 Minutes |
| 2. Detective Mike Simonich, Pueblo, PD<br>(A) Search of 1200 20th Lane,<br>      Pueblo, Colorado<br>(B) Post-Arrest Statements (5/31/06) | 30 Minutes | 15 Minutes |

| May Call Witnesses | Estimated Time for Examination | |
| (name & summary of testimony) | Direct | Cross |
| --- | --- | --- |
| 1. N/A | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| _____ | _____ | _____ |

[etc.]