IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00217-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL A. ROMERO,

    Defendant.

---

**GOVERNMENT'S NOTICE OF FILING OF EXHIBIT LIST FOR
MOTIONS HEARING ON WEDNESDAY, SEPTEMBER 6, 2006, AT 9:30 A.M.**

---

    The United States of America, by and through its undersigned Assistant United States Attorney for the District of Colorado, hereby gives Notice of its filing of its exhibit list for the above-referenced hearing.

    Respectfully submitted this 5th day of September, 2006,

                                    TROY A. EID
                                    UNITED STATES ATTORNEY


                          By: s/ James R. Boma
                              JAMES R. BOMA
                              Assistant United States Attorney
                              U.S. Attorney's Office
                              1225 17th Street, Suite 700
                              Denver, CO 80202
                              Telephone:  (303) 454-0100
                              FAX:  (303) 454-0401
                              E-mail:  james.boma@usdoj.gov
                              Attorney for Government

## CERTIFICATE OF SERVICE

   I hereby certify that on this 5th day of September, 2006, I electronically filed the foregoing **GOVERNMENT'S NOTICE OF FILING OF EXHIBIT LIST FOR MOTIONS HEARING ON WEDNESDAY, SEPTEMBER 6, 2006, AT 9:30 A.M.** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

**Harvey Abe Steinberg**
law@springer-and-steinberg.com bcruz@springer-and-steinberg.com

               s/Lisa Vargas
               LISA VARGAS
               Legal Assistant to
               James R. Boma
               Assistant United States Attorney
               United States Attorney's Office
               1225 Seventeenth Street, Suite 700
               Denver, Colorado 80202
               Telephone:  (303) 454-0100
               FAX:  (303) 454-0409
               E-mail:  Lisa.Vargas@usdoj.gov