# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case Number 06-cr-00217-PSF

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**MICHAEL ROMERO,**

Defendant.

## UNOPPOSED MOTION TO RESET CHANGE OF PLEA HEARING

The Defendant, Michael Romero, by and through his attorney, Harvey A. Steinberg, of the law firm of Springer and Steinberg, P.C., hereby moves this Court for an Order continuing the Change of Plea Hearing set on September 28, 2006, at 10:00 a.m.

**AS GROUNDS THEREFORE**, the Defendant states as follows:

1. In this matter, a disposition has been reached.

2. However, prior to the entry of the disposition there are certain matter that must be accomplished. It is estimated that it will take thirty days before those matters can be completed.

3. As a result, the defense is requesting a continuance of approximately thirty days for the Change of Plea Hearing.

4. Undersigned counsel has discussed this matter with Assistant United States Attorney James Boma and he has no objection to the granting of this motion.

**WHEREFORE**, the Defendant requests this Motion be granted.

**DATED THIS 26st DAY OF SEPTEMBER, 2006.**

                                                Respectfully submitted,

                                                s/Harvey A. Steinberg
                                                Harvey A. Steinberg
                                                Attorneys for Michael Romero
                                                Springer & Steinberg, P.C.
                                                1600 Broadway, Suite 1200
                                                Denver, CO 80202
                                                (303)861-2800 Telephone
                                                (303)832-7116 Telecopier
                                                law@springer-and-steinberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2006, I electronically filed the foregoing **UNOPPOSED MOTION TO RESET CHANGE OF PLEA HEARING** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Jim Boma**
Email: jim.boma@usdoj.gov

                                               s/Brenda Cruz
                                                For Harvey A. Steinberg
                                                Harvey A. Steinberg
                                                Attorneys for Michael Romero
                                                Springer & Steinberg, P.C.
                                                1600 Broadway, Suite 1200
                                                Denver, CO 80202
                                                (303)861-2800 Telephone
                                                (303)832-7116 Telecopier
                                                law@springer-and-steinberg.com