**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case Number: 06-cr-00217-PSF

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**1.      MICHAEL ROMERO,**

Defendant.

---

**ENTRY OF APPEARANCE AS CO-COUNSEL**

---

Undersigned counsel, Adam Tucker, from the law firm of Springer and Steinberg, P.C., hereby enters his appearance as co-counsel on behalf of the above-named Defendant.

**DATED** this 3rd day of November, 2006.

>   Respectfully submitted,
> 
>   s/Adam M. Tucker
>   Adam M. Tucker
>   Attorneys for Michael Romero
>   Springer & Steinberg, P.C.
>   1600 Broadway, Suite 1200
>   Denver, CO 80202
>   (303)861-2800 Telephone
>   (303)832-7116 Telecopier
>   law@springer-and-steinberg.com

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2006, I electronically filed the foregoing **ENTRY OF APPEARANCE AS CO-COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Jim Boma**
Email: jim.boma@usdoj.gov


                                   s/Brenda Rodriguez
                                   For Adam M. Tucker
                                   Adam M. Tucker
                                   Attorneys for Michael Romero
                                   Springer & Steinberg, P.C.
                                   1600 Broadway, Suite 1200
                                   Denver, CO 80202
                                   (303)861-2800 Telephone
                                   (303)832-7116 Telecopier
                                   brodriguez@springer-and-steinberg.com