**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 06-cr-00217-PSF-01

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

1. **MICHAEL ANTHONY ROMERO,**

    Defendant.

---

**GOVERNMENT'S MOTION FOR SENTENCING REDUCTION
UNDER THE PROVISIONS OF §5K1.1, U.S. SENTENCING GUIDELINES,
AND TITLE 18, UNITED STATES CODE, SECTION 3553(e)**

---

THE UNITED STATES OF AMERICA, by and through its undersigned Assistant U.S. Attorney for the District of Colorado, hereby moves for a reduction of the above defendant's sentence, pursuant to the provisions of §5K1.1 of the Sentencing Guidelines and 18 U.S.C. §3553(e), because of this defendant's substantial assistance to the Government in the investigation and prosecution of other persons who have committed offenses against the laws of the United States, which may be summarized as follows:

    1.    As set forth in the Plea Agreement in this matter, this defendant was debriefed or interviewed by agents assigned to this investigation on two occasions, and he provided truthful and complete information as to both offenses to which he entered a guilty plea in this matter.

2.      Regarding the first offense that occurred during January 2003, the information provided by this defendant as to his source of supply for the cocaine on that occasion was deemed truthful and complete.   However, due to passage of a number of years since that offense, the information was too stale to be of much value as the individuals involved are either incarcerated or not currently believed to be involved in drug distribution activities.

3.      The information relating to the source of supply for the cocaine seized in May 31, 2006, was of more use as that particular organization may still be operating in the District of Colorado.  However, to date, and despite law enforcement efforts to corroborate and follow up on the information relayed by this defendant, no prosecutions or seizures have occurred.  Nonetheless, the Government believes that the information was truthful and complete, and that this information may yet be helpful to the Government in terms of providing intelligence information and possible leads in subsequent investigations.

4.      As a result, the Government recommends a downward departure of 1/3 off the lowest end of the otherwise applicable Sentencing Guidelines range, believed to be 63-78 months in this instance, resulting in a recommended sentence of 42 months for this defendant.

WHEREFORE, and in light of the cooperation rendered by this defendant to date, the Government hereby moves, pursuant to §5K1.1 of the Sentencing Guidelines and 18 U.S.C. §3553(e) for a reduction of 1/3 off the lowest end of the Sentencing Guidelines range established by this Court at sentencing.

Respectfully submitted this 16th day of January, 2007,

                TROY A. EID
                UNITED STATES ATTORNEY


        By: s/ James R. Boma
             JAMES R. BOMA
             Assistant U.S. Attorney
             U.S. Attorney's Office
             1225 17th St., Suite 700
             Denver, CO  80202
             Telephone:  (303) 454-0100
             Fax:  (303) 454-0401
             E-mail:  james.boma@usdoj.gov
             Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of January, 2007, I electronically filed the foregoing **GOVERNMENT'S MOTION FOR SENTENCING REDUCTION UNDER THE PROVISIONS OF §5K1.1, U.S. SENTENCING GUIDELINES, AND TITLE 18, UNITED STATES CODE, SECTION 3553(e)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

**Harvey Abe Steinberg**
law@springer-and-steinberg.com bcruz@springer-and-steinberg.com

**Adam Michael Tucker**
atucker@springer-and-steinberg.com

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner indicated:

U.S. Probation Officer Elizabeth Oppenheimer, Denver **(via Fax to 303-844-5439)**

                                                  s/ James R. Boma
                                                  JAMES R. BOMA
                                                  Assistant United States Attorney
                                                  U.S. Attorney's Office
                                                  1225 17th Street, Suite 700
                                                  Denver, CO 80202
                                                  Telephone:  (303) 454-0100
                                                  FAX:  (303) 454-0401
                                                  E-mail:  james.boma@usdoj.gov
                                                  Attorney for Government