## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case Number 06-cr-00217-PSF

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**MICHAEL ROMERO,**

Defendant.

---

### MOTION TO CONTINUE SENTENCING HEARING

---

The Defendant, Michael Romero, by and through his attorney, Harvey A. Steinberg, of the law firm of Springer and Steinberg, P.C., hereby moves this Court for an Order continuing the Sentencing Hearing set on January 22, 2007, at 8:15 a.m.

**AS GROUNDS THEREFORE**, the Defendant states as follows:

1. This matter is set for Sentencing on January 22, 2007, at 8:15 a.m.

2. Undersigned counsel had previous discussions with the Assistant United States Attorney James Boma regarding one outstanding matter that will have an impact on the government's recommendations at the time of sentencing.

3. That matter needs to be resolved and should be resolved within thirty days.

4. As a result, undersigned counsel is requesting a thirty-day continuance.

5. The Defendant is in custody and is receiving credit against his sentence and neither he nor the Government will be prejudiced by this request.

**WHEREFORE**, the Defendant requests this Motion be granted.

**DATED THIS 19ᵗʰ DAY OF JANUARY, 2007.**

Respectfully submitted,

s/Harvey A. Steinberg
Harvey A. Steinberg
Attorneys for Michael Romero
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springer-and-steinberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2007, I electronically filed the foregoing **MOTION TO CONTINUE SENTENCING HEARING** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Jim Boma**
Email: jim.boma@usdoj.gov

 s/Brenda Rodriguez
For Harvey A. Steinberg
Harvey A. Steinberg
Attorneys for Michael Romero
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springer-and-steinberg.com