**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILLIP S. FIGA**

Courtroom Deputy: Valeri P. Barnes  Date: February 20, 2007
Court Reporter: Darlene Martinez
Probation Officer: Elizabeth Oppenheimer

Criminal Action No.  06-cr-00217-PSF

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,

   Plaintiff,

v.

MICHAEL ANTHONY ROMERO,  Harvey Steinberg

   Defendant.

_____

**SENTENCING MINUTES**
_____

**11:33 a.m.    Court in session.**

Defendant present in custody.

**Change of Plea Hearing:** November 3, 2006.

**Defendant plead guilty to Counts One and Two of the Indictment.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**ORDER:**    Government's Motion for Sentencing Reduction Under the Provisions of

§5K1.1, U.S. Sentencing Guidelines, and Title 18, United States Code, Section 3553(e) **(57)** is **granted.**

**ORDER:**   Government's Motion for Defendant to Receive the Third Level for Acceptance of Responsibility Under U.S.S.G. §3E.1.1(b) **(58)** is **granted.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Counts One and Two to a term of imprisonment of **44 months, to run concurrently.**

The Court recommends that the Bureau of prisons designate an institution with the Residential Drug Abuse Program.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **five years as to Counts One and Two, to run concurrently**

**Conditions of supervised release (or) probation:**
- (X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X)   Defendant shall not commit another federal, state or local crime.
- (X)   Defendant shall not possess a firearm or destructive device.
- (X)   Defendant shall comply with the standard conditions adopted by the Court.
- (X)   Defendant shall not illegally possess controlled substances.
- (X)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X)   Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions of supervised release:**
- (X)   Defendant shall participate in a program of testing and treatment for drug abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.  Defendant will be required to pay the cost of treatment as directed by the probation officer

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $200.00, $100,00 per Count, due immediately.

Defendant is advised of the right to appeal.

**ORDER:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**12:02 p.m.   Court in recess/hearing concluded.**

Total in-court time: 00:29